UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD ZARELLI, | |
| Plaintiff, | |
| v. | C21-583 TSZ |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

(2) A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by February 24, 2022. Mediation shall be completed no later than March 24, 2022, and a letter of compliance shall be filed with the Court no later than March 31, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of June, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1