UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD ZARELLI,<br><br>                     Plaintiff,<br><br>     v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY,<br><br>                     Defendant. | C21-583 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion to continue trial and amend case schedule, docket no. 13, is DENIED.  The parties have not established good cause to continue trial and amend all related dates and deadlines.

(2)     The deadline to complete discovery is sua sponte EXTENDED from February 14, 2022 to March 14, 2022.

(3)     The deadline to file all motions related to discovery is sua sponte EXTENDED from January 6, 2022 to February 3, 2022.  All motions related to discovery must be noted on the motions calendar no later than the third Friday thereafter.  *See* LCR 7(d).

(4)     The deadline to file all dispositive motions is sua sponte EXTENDED from March 17, 2022 to March 24, 2022.  All dispositive motions must be noted on the motions calendar no later than the fourth Friday thereafter.  *See* LCR 7(d).

MINUTE ORDER - 1

(5) All dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 11, shall remain in full force and effect.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of November, 2021.

Ravi Subramanian<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 2