UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD ZARELLI,

          Plaintiff,

    v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

          Defendant.

C21-583 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to LCR 5.2, the Clerk is DIRECTED to seal docket nos. 18-1, 18-3, and 22-4.

(2) Plaintiff is ORDERED, on or before April 22, 2022, to file a redacted version of Exhibit C to the Declaration of John Kannin (docket no. 22-4). The first page of Exhibit C contains a date of birth and driver license number that must be redacted pursuant to LCR 5.2.

(3) Defendant is ORDERED, on or before April 22, 2022, to refile Exhibits A–O (docket no. 18-1) and AA–CC (docket no. 18-3) to the Declaration of Alfred Donohue with the following redactions: (i) the first page of Exhibit A contains two dates of birth and two driver license numbers, and (ii) the first and thirteenth pages of Exhibit BB contain dates of birth that must be redacted.

(4) The parties are DIRECTED to redact all driver license numbers in their entirety and all dates of birth to the year of birth.

MINUTE ORDER - 1

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of April, 2022.

                                                Ravi Subramanian
                                                Clerk

                                                s/Gail Glass
                                                Deputy Clerk

MINUTE ORDER - 2