UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD ZARELLI,

           Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

           Defendant.

C21-583 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's unopposed motion, docket no. 20, to amend the complaint to change the name of defendant from Government Employees Insurance Company to GEICO Secure Insurance Company is GRANTED. The Clerk is DIRECTED to amend the caption in this case to identify defendant as GEICO Secure Insurance Company.

    (2)    The trial date of June 6, 2022, and all remaining deadlines are hereby STRICKEN. The Court will reset the trial date and related deadlines, if appropriate, after it rules on defendant's motion for summary judgment, docket no. 17, and plaintiff's motion for leave to file the expert report of Dr. John Hung, docket no. 22.

    (3)    The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

    Dated this 27th day of April, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1